UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Lampros Moumouris (4)

Defendant.

-------------------------------------------------------X

ORDER OF DISMISSAL

02-cr-00504-SJ

JOHNSON, J.

The Government having moved to dismiss all open counts and all underlying indictments as to defendant Lampros Moumouris (4) as to 02-cr-00504-SJ and the Court having granted said motion,

It is ORDERED and ADJUDGED that the indictment 02-cr-00504-SJ as to defendant Lampros Moumouris (4) is dismissed.

Dated:   Brooklyn, New York
         August 8, 2005

s/SJ

_____
STERLING JOHNSON, JR., U.S.D.J.